# United States Court of Appeals
## For the First Circuit

No. 24-1524

UNITED STATES,

Appellee,

v.

REY DAVID FULCAR,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on July 6, 2026, is amended as follows:

On page 19, line 14, replace "perpetuated" with "perpetrated".